*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, HOLIFIELD, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Charles T. BRIGGS**
Information Technology Chief Petty Officer (E-7), U.S. Navy
*Appellant*

**No. 202100093**

_____

Decided: 26 July 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Hayes D. Larson

Sentence adjudged 8 December 2020 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-4 and confinement for 31 months.

For Appellant:
*Commander Michael Maffei, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

Appellant was convicted, pursuant to his pleas, of false official statements and unauthorized distribution of classified information obtained from a government computer, in violation of Articles 107 and 121, Uniform Code of Military Justice [UCMJ].[1]

In his sole assignment of error, he asserts the Entry of Judgment fails to accurately reflect his pleas. The Government concedes the apparent scrivener's error. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

We have determined that the findings and sentence as reflected in the modified Entry of Judgment are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3] The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[1] 10 U.S.C. §§ 907, 921.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100093 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Charles T. BRIGGS**<br>**Information Technology Chief Petty**<br>**Officer  (E-7)**<br>**U.S. Navy** | *As Modified on Appeal* |
| *Accused* | **26 July 2022** |

On 8 December 2020, the Accused was tried at Naval Station Norfolk, Virginia, by a general court-martial, consisting of a military judge sitting alone. Military Judge Hayes D. Larson presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 123, Uniform Code of Military Justice, 10 U.S.C. § 923.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Unauthorized distribution of classified information obtained from a government computer on or about 9 January 2019.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **False official statement on or about 20 April 2018.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **False official statement on or about 6 September 2018.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 3:** **False official statement on or about 9 November 2018.**

*Plea:* Guilty.
*Finding:* Guilty.

**Charge III:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 1:** **Violation of a lawful general order between on or about 26 November 2018 and on or about 27 December 2018.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 2:** **Violation of a lawful general order between on or about May 2017 and on or about 25 January 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Charge IV:** **Violation of Article 131B, Uniform Code of Military Justice, 10 U.S.C. § 931B.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification:** **Obstruction of justice between on or about 25 January 2019 and on or about 5 February 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Charge V:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 1:** **Communication of national defense information on divers occasions between on or about October 2018 and on or about January 2019.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 2:** **Possession of child pornography on or about July 2018.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Charge VI:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification:** **Attempted viewing of child pornography on divers occasions between in or about June 2018 and in or about December 2018.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

## SENTENCE

On 8 December 2020, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-4.**

**Confinement for a total of 31 months, as follows:**

*For the Specification of Charge I:*
confinement for 18 months.

*For Specification 1 of Charge II:*

confinement for three months.

*For Specification 2 of Charge II:*

confinement for four months.

*For Specification 3 of Charge II:*

confinement for six months.

The terms of confinement will run consecutively.

The Accused has served 480 days pretrial confinement and shall be credited with 480 days of confinement already served, to be deducted from the adjudged sentence to confinement.



FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court